**Order filed January 8, 2019**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-18-00932-CV

————————

**JASON DEYO, Appellant**

**V.**

**JEFFREY R. GILBERT, P.C., ET AL, Appellees**

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 97337-CV**

## ORDER

Court reporter Renee Rape filed a partial reporter's record comprising two volumes. Court reporter Terri Sanchez informed this court that appellant has not requested her portion of the reporter's record. On December 7, 2018, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of the request for the reporter's record. *See* Tex. R. App. P. 37.3(c). No response has been received.

Accordingly, we order appellant to file a brief in this appeal by **February 7, 2019**. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM